BYRON W. TODD et al., Appellants, *v.* BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Respondent.

Argued March 1, 1948; decided March 18, 1948.

*Charles R. Rinaldo* and *Leslie J. Schuyler* for appellants.
*Lyle W. Hornbeck, Corporation Counsel (George T. Driscoll* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.